STATE OF NEW JERSEY v. ROBERT WOODLEY.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BROWN.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CARMINE LOCASCIO.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CARL BUTTS.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LEON BOWENS.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD LOCKWOOD.

May 4, 1976. Petition for certification denied.